**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-40242
Summary Calendar**
_____


**DENNIS GIBSON,**

**Plaintiff-Appellant,**

**versus**

**B.J. McCOY, Sheriff, Lamar County;
DANNY PHILLIPS, Lamar County Jail Supt.;
BERNARD MALONE, Medical Coordinator, Lamar County Jail,**

**Defendants-Appellees.**


_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 3-95-CV-26
_____

October 24, 1996

Before HIGGINBOTHAM, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Dennis Gibson, #671892, argues that the district court erred in dismissing as frivolous his claim that he was denied access to legal materials and legal assistance.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record, the opinion of the district court, and the briefs, and find that the dismissal of the complaint as frivolous should be affirmed substantially for the reasons adopted by the district court. See Gibson v. McCoy, No. 3:95-CV-26 (E.D. Tex. Oct. 26, 1995).

Gibson also argues that the district court erred in granting the defendants' motion for summary judgment and dismissing his claim that he was denied adequate medical care. We have also reviewed the record and the briefs with respect to this claim, and determine that the district court did not err in granting summary judgment in the defendants' favor, substantially for the reasons adopted by the district court. See Gibson v. McCoy, No. 3:95-CV-26 (E.D. Tex. Feb. 20, 1995).

Finally, Gibson is hereby placed on notice that should he continue to file frivolous lawsuits, he will be subject to sanctions by this court.

**AFFIRMED.**